IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED

NOV 1 2 2004

CLERK, U.S. DISTRICT COURT
by _____

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., real party in interest acting on behalf of C. Itoh Middle East E.C. (Bahrain), | §§§§§ | |
| Plaintiff, | §§ | |
| VS. | §§ | CIVIL ACTION NO. _____ |
| THE PEOPLE'S REPUBLIC OF CONGO and THE CONGOLESE REDEMPTION FUND | §§§§ | (State Court Case No. 04-10176-I) |
| Defendant. | §§ | 304 CV 2440R |

## DEFENDANT CONGO REPUBLIC'S MOTION FOR LEAVE
## TO PROCEED WITHOUT LOCAL COUNSEL

Defendant The People's Republic of Congo moves the Court pursuant to Local Rule 83.10(a) for leave to proceed without associating local counsel in this action. As shown by the accompanying brief in support of this motion, such leave should be granted because Defendant's counsel of record and his firm are qualified to appear without local assistance, the granting of this Motion will not result in delay, and there are no available local attorneys with sufficient background to represent Defendant's interest in this action.

WHEREFORE, Defendant requests that the Court grant Defendant leave to proceed in this action without the necessity of local counsel.

Respectfully submitted,

_____
DONALD S. THOMAS, JR.
State Bar No. 19880000
CLARK, THOMAS & WINTERS
P.O. Box 1148
Austin, Texas  78767-1148
(512) 472-8800
(512) 474-1129 *(fax)*

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE PEOPLE'S REPUBLIC OF CONGO**

OF COUNSEL:

BOAZ MORAG
CLEARY, GOTTLIEB, STEEN & HAMILTON
One Liberty Plaza
New York, New York 10006
(212) 225-2060
(212) 225-3999 *(fax)*
(Motion to Appear Pro Hac Vice Forthcoming)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Plaintiff, Ernest E. Figari, Figari & Davenport, L.L.P., 3400 Bank of America Plaza, 901 Main Street, LB 125, Dallas, Texas  75202-3796, by federal express, on this 12th day of November, 2004.

_____
Donald S. Thomas, Jr.

-2-