

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., real party in interest acting on behalf of C. Itoh Middle East E.C. (Bahrain),<br><br>         Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CONGO AND CMS OIL AND GAS COMPANY, et. al.,<br><br>         Defendant and Garnishees. | CIVIL ACTION NO. 3:04-CV-2440-R<br>(Formerly No. 3:04-CV-2441-K)<br>(Formerly No. 3:05-CV-0093-P) |

## ORDER GRANTING APPLICATION FOR WRITS OF GARNISHMENT

This cause came on to be heard on Plaintiff's Application for Writs of Garnishment (the "Application"); and the Court, having duly considered the Application, the supporting materials, and the applicable law finds and concludes that the writs of garnishment which are the subject of the Application should be issued. It is therefore

ORDERED that the Property, as defined in the Application, (1) is located in the United States and (2) has been and is used for commercial activity or purposes in the United States; and it is further

ORDERED that a reasonable period of time has elapsed following the entry of judgment; and it is further

ORDERED that the requested writs of garnishment should issue forthwith and be served on each of the garnishees to whom such writs are addressed.

SIGNED this __2__ day of June, 2005

_____
JUDGE PRESIDING