IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., real party in interest acting on behalf of C. Itoh Middle East E.C. (Bahrain), | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 3:04-CV-2440-O (Including, by consolidation: |
| THE PEOPLE'S REPUBLIC OF CONGO, et al. | ) ) | Former No. 3:04-CV-2441 and Former No. 3:05-CV-0093) |
| Defendants, | ) ) | |
| CMS OIL AND GAS COMPANY, CMS NOMECO CONGO, INC., THE NUEVO CONGO COMPANY, AND NUEVO CONGO, LTD., | ) ) ) ) | |
| Garnishees. | ) | |

**ORDER**

The Court has been notified that Plaintiff and Defendants have settled, but there remains an outstanding issue regarding attorney's fees and expenses for the garnishees, which the parties are attempting to resolve without court intervention. The Court hereby ORDERS that the parties shall file a Joint Status Report regarding the progress made towards settlement of the outstanding issues no later than **5:00 p.m. on February 11, 2008**.

**SO ORDERED** this 10th day of January, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**